**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**Holding a Criminal Term**

**Grand Jury Sworn in on July 1, 2026**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| **v.** | : | **MAGISTRATE NO.  26-MJ-114** |
| | : | |
| **MOISES CRUZ ANDRADE,** | : | **VIOLATIONS:** |
| | : | |
| **Defendant.** | : | **18 U.S.C. §§ 2251(a) and (e)** |
| | : | **(Attempted Sexual Exploitation of** |
| | : | **Children)** |
| | : | |
| | : | **18 U.S.C. § 2422(a)** |
| | : | **(Coercion and Enticement)** |
| | : | |
| | : | **18 U.S.C. § 2422(b)** |
| | : | **(Coercion and Enticement of a Minor)** |
| | : | |
| | : | **18 U.S.C. §§ 1591(a)(1), (b)(2)** |
| | : | **(Sex Trafficking of Children)** |
| | : | |
| | : | **18 U.S.C. § 1594(a)** |
| | : | **(Attempted Sex Trafficking of Children)** |
| | : | |
| | : | **18 U.S.C. § 2428** |
| | : | **18 U.S.C. § 2253** |
| | : | **18 U.S.C. § 1594(d)** |
| | : | **21 U.S.C. § 853(p)** |
| | : | **(Forfeiture Allegation)** |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

Between on or about October 12, 2025, and December 3, 2025, within the District of

Columbia and elsewhere, the defendant, **MOISES CRUZ ANDRADE**, attempted to knowingly

employ, use, persuade, induce, entice, and coerce a person who had not attained the age of 18

years, specifically Minor Victim 1, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and the visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and the visual depiction has been transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

(**Attempted Sexual Exploitation of Children**, in violation of Title 18, United States Code, Sections 2251(a) and (e))

## COUNT TWO

Between on or about October 12, 2025, and December 3, 2025, in the District of Columbia and elsewhere, the defendant, **MOISES CRUZ ANDRADE**, attempted to knowingly persuade, induce, entice, and coerce any individual, specifically, Minor Victim 1, to travel in interstate commerce to engage in prostitution and in any sexual activity for which any person can be charged with a criminal offense, including but not limited to First Degree Sexual Abuse of a Child, in violation of 22 D.C. Code, Section 3008.

(**Coercion and Enticement,** in violation of Title 18, United States Code, Section 2422(a))

## COUNT THREE

Between on or about October 12, 2025, and December 3, 2025, in the District of Columbia and elsewhere, the defendant, **MOISES CRUZ ANDRADE**, attempted to knowingly and unlawfully use any facility of interstate and foreign commerce to persuade, induce, entice, and coerce a person who had not attained the age of 18 years, specifically, Minor Victim 1, to engage in any sexual activity for which any person can be charged with a criminal offense, including but

2

not limited to Sexual Exploitation of Children, in violation of Title 18 U.S. Code, Section 2251(a), and First Degree Sexual Abuse of a Child, in violation of 22 D.C. Code, Section 3008.

(**Coercion and Enticement of a Minor**, in violation of Title 18, United States Code, Section 2422(b))

## COUNT FOUR

Between on or about October 12, 2025, and December 3, 2025, in the District of Columbia and elsewhere, the defendant, **MOISES CRUZ ANDRADE**, did, in or affecting interstate commerce, knowingly recruit, entice, and solicit by any means a person who had not attained the age of 18 years, specifically, Minor Victim 1, having had a reasonable opportunity to observe Minor Victim 1 and knowing and in reckless disregard that Minor Victim 1 was under the age of 18 years old, knowing and in reckless disregard that Minor Victim 1 would be caused to engage in a commercial sex act.

(**Sex Trafficking of Children**, in violation of Title 18, United States Code, Section 1591(a)(1), (b)(2))

## COUNT FIVE

Between on or about October 12, 2025, and December 3, 2025, in the District of Columbia and elsewhere, the defendant, **MOISES CRUZ ANDRADE**, did, in or affecting interstate commerce, attempt to knowingly recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, and solicit by any means a person who had not attained the age of 18 years, specifically, Minor Victim 1, having had a reasonable opportunity to observe Minor Victim 1 and knowing and in reckless disregard that Minor Victim 1 was under the age of 18 years old, knowing and in reckless disregard that Minor Victim 1 would be caused to engage in a commercial sex act.

(**Attempted Sex Trafficking of Children**, in violation of Title 18, United States Code, Section 1594(a))

3

**FORFEITURE ALLEGATION**

1.        Upon conviction of the offense alleged in Count One of this Indictment, the defendant, **MOISES CRUZ ANDRADE**, shall forfeit, in accordance with Title 18, United States Code, Section 2253(a), of (a) any visual depiction described in Section 2251, 2251A, 2252A, 2252B, or 2260 of Title 18, United States Code, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of such sections; (b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and (c) any property, real or personal, used or intended to be used to commit or promote the commission of such offenses or any property traceable to such property.

2.        Upon conviction of the offenses alleged in Counts Two and Three, the defendant, **MOISES CRUZ ANDRADE**, shall forfeit to the United States any interest in any property, real or personal, that was used or intended to be used to commit or facilitate the commission of these violations and any property, real or personal, constituting or derived from any proceeds the defendant obtained, directly or indirectly as a result of these violations, pursuant to 18 U.S.C. Section 2428(a). The United States will also seek a forfeiture money judgment equal to the value of any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violations; and any property, real or personal, constituting or derived from any proceeds the defendants obtained, directly or indirectly, as a result of such violations.

3.        Upon conviction of the offenses alleged in Counts Four and Five, the defendant, **MOISES CRUZ ANDRADE,** shall forfeit to the United States any interest in any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violations; and any property, real or personal, constituting or derived from, any proceeds

that such person obtained, directly or indirectly, as a result of such violations, pursuant to 18 U.S.C. Section 1594(d). The United States will also seek a forfeiture money judgment equal to the value of any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violations; and any property, real or personal, constituting or derived from, any proceeds that such person obtained, directly or indirectly, as a result of such violations.

4.     If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

a.     cannot be located upon the exercise of due diligence;

b.     has been transferred or sold to, or deposited with, a third party;

c.     has been placed beyond the jurisdiction of the Court;

d.     has been substantially diminished in value; or

e.     has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b).

(**Criminal Forfeiture,** pursuant to Title 18, United States Code, Sections 1594, 2428, and 2253 and Title 21, United States Code, Section 853(p))

A TRUE BILL:

FOREPERSON

5

Jeanine Ferris Pirro

By: *Janani J. Iyengar*
Janani Iyengar
Attorney of the United States
and for the District of Columbia

6